1  Name: _Gene Goziker_

2  Address: _2971 S, Fairview St_

3  _Unt "A", Santa Ana, CA 92704_

4  Phone: _213, 378, 3998_

5  Fax: _____

6  In Pro Per

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY DVE

- IFP Submitted

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  _Gene      Goziker_

11

12                                        Plaintiff

13                      v.

14  _New Jersey Division of Taxation_

15

16                                      Defendant(s).

CASE NUMBER:

_8:23-cv-01142-FWS-(JDEx)_

To be supplied by the Clerk of
The United States District Court

_COMPLAINT_

17                          _Parties_

18  _Gene Goziker, the Plaintiff, is a permanent resident_

19  _of the State of California; currently unemployed._

20  _New Jersey Division of Taxation, is a citizen of_

21

22  _the State of New Jersey._

23                    _Statement of Facts_

24  _① On April 17, 2022, the Plaintiff filed the_

25  _"2021 NJ-1040NR", a New Jersey Nonresident Income Tax_

26  _Return, which was Accepted same day (Exhibits_

27  _A and B), and the State of New Jersey owed $6,062 to_

28  _the Plaintiff for overpayment._

_/ / /_

_/ / /_

② In October 13, 2022, Plaintiff followed up with the Defendant and submitted electronic correspondence with a confirmation # 2228656 2697, to which the Defendant replied with confirmation of a receipt (Exhibits C&D)

③ Plaintiff attaches his W2 from year 2021 as additional evidence to this complaint (Exhibit "E").

④ To this date, Plaintiff have not received his tax return in the amount of $6,062 back from the State of New Jersey.

⑤ Plaintiff has exhausted all methods of trying to contact the Defendant with no success.

## CLAIM

The Defendant illegally holds monetary assets that belong to the Plaintiff and is intentionally avoiding contact

## Prayer for Relief

Plaintiff prays for judgment against the Defendant for:

Ⓐ Actual damages according to proof
Ⓑ Special damages according to proof
Ⓒ For consequential damages according to proof
Ⓓ For restitution of ill-gotten gains
Ⓔ For injunctive relief enjoining the Defendant from illegal acts
Ⓕ For interest at the maximum rate of 200%.
Ⓖ for compensatory sanctions for economic damages
Ⓗ For punitive sanctions caused in non-economic injury
Ⓘ For costs associated with legal preparation, etc.

Date: June 27, 2023        By: Gene Goziker
                                            (In Pro Per)